10

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Vanessa Ann Jones

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. U.S. Postal Service
Ronnie Blackshear,
Cynita Evans,
Postmaster,
APWU, Keith Comb-Tony Friday
Bettie Wedgeon,
Marium Khareem

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:23-cv-10158
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 1/20/2023 12:14 PM
Description: CMP JONES V. U.S. POSTAL SERVICE ET AL (DA)

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Vanessa Ann Jones |
   | Street Address | 20027 Manor Street |
   | City and County | Detroit    Wayne |
   | State and Zip Code | MI   48221 |
   | Telephone Number | (313) 978-5762 |
   | E-mail Address | Vjonesd@aol.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | U.S. Postal Service / Postal Inspector |
   | Job or Title (if known) | Postmaster / CI-som Cynita Evans |
   | Street Address | 1401 W. Fort Street |
   | City and County | Detroit, MI 48233   Wayne |
   | State and Zip Code | MI    48233 |
   | Telephone Number | (313) 226-8315 |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Ronnie Blackshear, Marium Kareem |
   | Job or Title (if known) | Acting Manager |
   | Street Address | 12711 E. Jefferson Ave |
   | City and County | Detroit    Wayne |
   | State and Zip Code | MI   48230 |
   | Telephone Number | (313) 236-3579 / (313) 264-6121 |
   | E-mail Address (if known) | |

2

## Defendants

U.S. Postal Service
Postmaster Ronald Morris
C-Som Sinta Evans
Acting Manager – Ronnie Blackshear
Supervisor Marwim Kareen
APWU President Keith Combs
Vice President Tony Friday
Arbritor Bettie Wedgeon

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3
- Name: Bettie Wedgon
- Job or Title (if known): Aribator
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Keith Comb / Tony Friday
- Job or Title (if known): APWu / President / Vice-President   AFL-CIO
- Street Address: 20530 Southfield   8 Mile
- City and County: Southfield Detroit   Wayne
- State and Zip Code: Mi   48235
- Telephone Number: (313) 532-9305
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Jurisdiction based on 28 U.S.C. 1345 and 1348

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.  **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On June 10, 2020 Mr. Ronnie Blackshear asked me did I cash a money order for $155.35. I replied, I don't know I have to see the money order. He stated I would be under Investigation. He never brong the papers to prove these things happened. He replied, I had to pay the money back. I asked again to see when this occurred. On the date he claimed this occurred was 03-27-20. Which was not done in a timely matter? Then he gave me a letter of Removal for 08-21-2020. No paper work was given. I asked for Union Representation. He told me I don't need one. I said, for $155.35 you want to take my job. And refusal of union Representation. So, In June he took me off window and told me I had to work the floor. I did because I knew this didn't happen. I replied, I left work at 3:30 pm the window closes at 5:00 pm why Isn't the other Clerk in here as well. Ronnie Blackshear told the Clerk what I said. I also stated Closing Supervisor has to sign out why aren't their name on this. On my last check In 08/2020 they took the money out of my check. I replied, you take the money without the Investigation Complete. If you took the money why am I fighting for my Job. Nothing ever happened to me like this. I replied, I've been working for the Post Office for 30 years I started 12/10/1991 And I have never been accused of anything. Tony Friday my Union Rep. He was Craft Director at this time. He stated you should have stayed inside. They don't operate the same as in Plant. I said, we are the same Union. He said, Yes. Well just because I bidded out. I shouldn't be treated differently. He said, they want to fire you I said, well fight for my Job. Don't let them do that. President Keith Comb said, they want you out because of your Age. I replied, All they had to do is Ask if I wanted to retire. But to falsely →

Accuse me that's a defamation of character. The Money order they used wasn't a money order from my money orders. The person wrote out this money order you can't write out a money order it has to be generated from the machine. The day before Supervisor Marium Kareem called me in the office. She said Ms. Jones I'm writing you up for your draw was short $500. I replied, How would she know my drawer was short. She never counted my drawer. She never gave me cash, She couldn't even change money for me. I would go across the street for change. Permission from someone always when I went. Or another clerk would go get change. Or another Supervisor but never her. She continued to say my drawer was short. I asked to see the receipt. She gave it to me it was Clerk 31. I said, I am not clerk #31 I am clerk #29. So she dropped it. The very next day is when Acting Manager Ronnie Blackshear approached me. He said Are you clerk #29. I said, yes, then he mentioned the Money Order. Now a few days before all this MR. C the Supervisor I work under he asked for my password. I wouldn't have given it to him but he was the Supervisor. I believe that's how they authorized that money order. I called the C-Som Mrs. Evans I told her what had happened. She did nothing. I spoke with Acting Postmaster I explained everything to him. He said nothing. I asked to go to another station they would not grant that. They said, I had to bid out. When the pandemic came in. Mr. Blackshear asked everyone was they going to continue to work or stay home. I let Mrs. Evans know everything they wouldn't do anything. I finally asked I was stop senority he never asked me. He had a plan! Another Supervisor Valerie Gardner. I said, the Accounting Desk said this money was cashed on 04/03/2020. I said, where was I on 04/03 she replied, you were on vacation. Now how can I cash a money order if I'm not there. I took a picture of my money order it looked nothing like the one they had. I said, where is the Eagel the Postal Eagle. They said it want print. I replied, it printed for me. I said this money order is not real. I called Postal Inspectors they did nothing, This never happened, they know it and so do I. Union didn't have me attorney at Aribration nor was any National Representive Present.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Lost everything I had to Live in Shelter. I Lost my Car my Life Insurance, Medical Insurance. I told MR. Blackshear I was in Bankruptcy. They dropped me because after job was over I couldn't pay it. They should purchase me Another Car, Pay me for All money Lost including pay raises. Give me my Vacation pay Holiday Pay, Sick Leave I would have had. Plus Uniform allowance. Give me my Job Back. If granted with $300,000.00 for Defamation of Character. If I can't get job back $205,000,000.- Plus my Retirement I Also would Like A Written Apology for taking me through this. I didn't deserve this. I worked hard for the Post Office. I had the Motto: Rain, Sleet or Snow the Mail must go And they through me under the Bus. APWU I Want them to Refund me every dime I gave Union I was in it since 1992. Arbritrator A Letter of Apology for not Looking At case carefully. She Never asked to See Money order or Bank Statements

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-20, 2023

Signature of Plaintiff

Printed Name of Plaintiff  Vanessa A. Jones

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

JS 44 (Rev. 10/20)  **CIVIL COVER SHEET**  County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
VANESSA A. Jones

(b) County of Residence of First Listed Plaintiff: **WAYNE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
456 Lincoln
Detroit, MI 48226

### DEFENDANTS
U.S. Postal Service / Post Inspectors
APWU Arbitrator

County of Residence of First Listed Defendant: **WAYNE**
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 2:23-cv-10158
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 1/20/2023 12:14 PM
Description: CMP JONES V. U.S.
POSTAL SERVICE ET AL (DA)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☒ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | |
| | | | ☐ 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1345 And 1348
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 01/20/2023
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :