UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Vanessa Ann Jones

(31)

Plaintiff(s),

v. US. Postal Service
Ronald Morris
Ronnie Blackshear
Chynita Evans
Maryum Kareem  Defendant(s).

Case No. # 23-10158

Judicial Officer: Judge Behm  RECD USDC - CLRK DET
2025 JAN 17 PM 4:39

_____/

## Amended Complaint

FILED USDC - CLRK DET
2025 JAN 17 PM 4:40

Plantiff Responding to Court Order for filing Amended Complaint RECD USDC - CLRK DET 2025 JAN 17 PM 4:39
Plantiff was giving until January 21, 2025 to file this
Complaint. Today's date is January 17, 2025. Plantiff
Vanessa Ann Jones is putting the Amended Complaint on File
with United States District Court Eastern District of Michigan
Southern Division.

Plantiff, Brief it as much as possible to make sure her Complaint
Was accurate as possible. PROViding accurate information on
Separate Sheets. To Substantiate her complaint. PROViding
evidence to Support or Prove the truth

Defendants Us. Postal Service, Assistant Manager Ronnie
Blackshear who Was Standing as Acting Post Master at fox Creek
Postal Service. Supervisor Maryum Kareem, (Post Master) Plant
Manager Ronald Morris, C-Som (Customer Service Operation
Manager) Chynita Evans. Plantiff isn't for sure if these titles
are Correct. Management Moves around in differently Capaticties
when needed.

Defendant-Maryum Kareem While On Work Room Floor Was talking
to Another Employee. She blast out a Remark. I Can't Stand

Working with older people. I was working the Mail. She told me to stop doing what I was doing and go place the Mail on the correct Container, I thought it was very Unprofessional but I did what She addressed. We are under different crafts. They were part time Mail Carriers and I was full time Window Clerk. She would repeatedly ask me to do different things before I Completed another. Kareem would always address these issues in front of another employee. Of Course which was a younger employee. Carriers weren't suppose to do window Clerk work but she allowed it. I was listening to my Music by head phones singing Gospel Songs. She called me to the office saying (another) What Religion are you? I Replied Baptist She stated she was Muslim. She asked me not sing on workroom floor. The following day I worked in a City Carriers was playing his Music. I Replied, oh it's okay if he sing on workroom floor.

---

Defendant Ronnie Backshear asked me why I bidded off my del job. I told him I wanted to Retire as window clerk, He asked did I like my former Boss. I Replied, Yes, I wish I could have brought her with me. He asked why I don't Bid out to Royal Oak Facility, I told him it was in different zone. I couldn't bid to Royal oak, or 481 zones

Date: _01-17-2025_

Signature of Filer

VAnessA A. Jones
Printed Name of Filer

20021 Manor Street
Address

Detroit, MI 48221-1074
City, State, Zip Code

(313) 978-5762
Telephone Number

- 3-

In beginning of March 2020, the Pandemic Came in Motion. Governor Shut the City down. MR. Blackshear Called All other employees to his office asking them were they going to Continue to work or go out on the Pandemic. I was senior to everyone those employee's were Part time employee's. Majority of them Left. MR. Blackshear approached me Last and He had A Letter with him. MR. Blackshear Said to me. I know the Governor Shut the City down, but we are Not under her. Only the President of the U.S. Could Shut us down. While the other employee's were out. This was the beginning of March 2020. The Money Order He allegy Stated I Cashed was at the end of March.

Later on in the Year, the beginning of June 2020 I was on Lunch break which is a hour Lunch. I was in the Parking Lot. Mariyum Kareem Came Running out the Post office Saying when are you Coming off Lunch. I Replied, when my Lunch WAS OVER. Before I Left to go to Lunch I told MR.C., I WAS going to Lunch. After She done that, I asked MR.C., Why didn't you Let her know I Was going to Lunch. MR.C., Replied He did. Even if MRS. Kareem didn't know I was on Lunch if She Would have Pulled up my clock Rings it Would Show I was on Lunch.

-4-

After that I wrote EEOC Complaing about everything and the Money order,

EEOC Came out we Met at the Post office on Metro PArkway. After addressing the issue the people from EEOC stated they couedn't address the issue the same time the Union was in Arbritration. They said if they address the issue with them I had to dropped the issue with the Arbritation. That didn't Sound right to Me but I did because She Said that.

They had Asked me to leave the room before that decision was made. Douglass Marshall was Representing Me, I have No Idea what was discussed when I Left the room. MARYium Kareem was falling Asleep doing the Meeting And No one Said Anything to her. As though She knew they weren't going to finish Case. showing very Lack of Respect.

MARiyum Kareem Called me to her office. A Union Stewart Was on the Phone. MARiyum Kareem asked me was my drawer Short $500. I Replied No, She Stated she was giving Me a write up because my drawer Was Short. At the end of the day, you are only Responsible for $100 being in your drawer. MARiyum Kareem never Counted my drawer from opening or closing of the day. After She read everything to me. I Replied, May I please See that Receipt.

- 5 -

Kareem gave me the receipt. I said, this is Not me, this is Clerk #31, yes, a younger Clerk. I Replied, I Am Clerk #29. The Very Next day MR. Blackshear approached me. He said, Are you Clerk #29. I Replied, yes, He said, Did you Cash a money order on 03/27/2020 for $155.35 I Replied, I don't Know I have to see the Money Order. Then MR. Blackshear Replied I have to put you under Investigation. I was Like Can I see the paper Work. Finally he gave me A Copy of a Money Order. I Replied, it is done with white out, I Replied, You Can't do that it has to be generated through the Machine. I asked, where is the eagle on the Money Order. He Responded, (MR. Blackshear) Stating you Can't photo Copy it. So I took one of My money Orders went to Copy Machine. Copied it And the eagle was on the Copy.

What do I want From this

Reinstatement to my Job with back Pay from 08/22/2020 to Present. With All Holiday Pay including June teenth A day of Pay for Late President Jimmy Carter. All Annual leave from each year, All Sick Leave that I would have been due. Uniform allowance for each Year. Refund from Car Garnishment, And for everything that was paid from the Bankruptcy. And For Court to Receive $1,000.- for Services.

- 6 -

I would Like to thank the Court for it's
time and Attendethness.  If it is Any More
documents you need please Let Me Know.

Vanessa /Ann Jones
20027 Manor Street
Detroit, MI 48221
(313) 978-5762
Vjonesd@aol.Com

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM, AL 35283-0794

October 20, 2023



VANESSA A JONES
36952 FARMBROOK DR
CLINTON TOWNSHI MI 48035-1536

### Our records indicate that you owe the U.S. Government $776.79

The Eagan MAS1, US Postal Service ASC, referred your unpaid debt to the U.S. Department of the Treasury, Bureau of the Fiscal Service, for immediate collection. You must immediately pay your debt to stop collection action and prevent the addition of more interest, penalties and administrative costs.

Treasury Case Number: L44157300
Agency Debt Number: 1-16221243

### How Do I Pay My Debt?
Pay Online: Visit www.pay.gov/paygov/paymydebt and follow the instructions to pay via debit card, ACH payment, or PayPal. For other payment options including online banking, visit
https://fiscal.treasury.gov/cross-servicing/resources/make-a-payment.html.

Pay By Phone: Call (888) 826-3127 and provide our agent your debit card information. You may also discuss payment options with representatives at this number if you are unable to satisfy the debt immediately. Hearing impaired persons may use the Federal Relay Service by dialing (800) 877-8339 to reach a Communications Assistant.

Pay By Mail: Mail your payment and completed payment coupon to the address below. If you pay by check, include the Treasury Case Number L44157300 in the memo section of your check. When you provide a check as payment, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account or process your payment as a check transaction.

### What If I Do Not Pay My Debt?
As allowed by federal law, we may withhold some or all monies from your tax refunds and other federal and state payments. We may garnish your wages, refer your unpaid debt to a collection agency and report your debt to the credit bureaus, which could hurt your credit score. You will find further information online at www.fiscal.treasury.gov/dms. If you wish to send us written correspondence other than payments, please address it to: U.S. Department of the Treasury, P.O. Box 830794, Birmingham, AL 35283-0794. **DO NOT send payments to this address.**

---

DSBDL__003__fdv1 ---------- Detach Here _____ 0000001282L44157300  DL__0012828060 108 _____

PAYMENT COUPON
*Includes applicable interest, administrative costs and penalties.

Name of Debtor: VANESSA A JONES
Treasury Case Number: L44157300                                    *Amount Due: $776.79

**Send your payment to:**
U.S. Department of the Treasury
P.O. Box 979101
St. Louis, MO 63197-9000

| METHOD OF PAYMENT |
Pay online at www.pay.gov/paygov/paymydebt or select:

☐ Check  ☐ Money Order     Amount Enclosed $_____

☐ Debit Card Account Number: _____
                                (We do not accept Credit Card)

Expiration Date: _____  Authorized Amount: _____

Authorized Signature: _____

979101 000L441573001 0000077679 1



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM, AL 35283-0794



October 20, 2023



VANESSA A JONES
36952 FARMBROOK DR
CLINTON TOWNSHI MI 48035-1536

### Our records indicate that you owe the U.S. Government $852.03

The Eagan MAS1, US Postal Service ASC, referred your unpaid debt to the U.S. Department of the Treasury, Bureau of the Fiscal Service, for immediate collection. You must immediately pay your debt to stop collection action and prevent the addition of more interest, penalties and administrative costs.

Treasury Case Number: L44157298
Agency Debt Number: 1-15441049

**How Do I Pay My Debt?**
Pay Online: Visit www.pay.gov/paygov/paymydebt and follow the instructions to pay via debit card, ACH payment, or PayPal. For other payment options including online banking, visit https://fiscal.treasury.gov/cross-servicing/resources/make-a-payment.html.

Pay By Phone: Call (888) 826-3127 and provide our agent your debit card information. You may also discuss payment options with representatives at this number if you are unable to satisfy the debt immediately. Hearing impaired persons may use the Federal Relay Service by dialing (800) 877-8339 to reach a Communications Assistant.

Pay By Mail: Mail your payment and completed payment coupon to the address below. If you pay by check, include the Treasury Case Number L44157298 in the memo section of your check. When you provide a check as payment, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account or process your payment as a check transaction.

**What If I Do Not Pay My Debt?**
As allowed by federal law, we may withhold some or all monies from your tax refunds and other federal and state payments. We may garnish your wages, refer your unpaid debt to a collection agency and report your debt to the credit bureaus, which could hurt your credit score. You will find further information online at www.fiscal.treasury.gov/dms. If you wish to send us written correspondence other than payments, please address it to: U.S. Department of the Treasury, P.O. Box 830794, Birmingham, AL 35283-0794. **DO NOT send payments to this address.**

---

DSBDL__003__fdv1                    Detach Here        0000001281L44157298   DL__0012818060 108

PAYMENT COUPON
*Includes applicable interest, administrative costs and penalties.

Name of Debtor: VANESSA A JONES
Treasury Case Number: L44157298                                        *Amount Due: $852.03

**Send your payment to:**
U.S. Department of the Treasury
P.O. Box 979101
St. Louis, MO 63197-9000

| METHOD OF PAYMENT |
| Pay online at www.pay.gov/paygov/paymydebt or select: |

☐ Check   ☐ Money Order        Amount Enclosed $_____

☐ Debit Card Account Number: _____
                                        (We do not accept Credit Card)

Expiration Date: _____   Authorized Amount: _____

Authorized Signature: _____

979101 000L441572980 0000065203 6





DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM, AL 35283-0794

October 20, 2023



VANESSA A JONES
36952 FARMBROOK DR
CLINTON TOWNSHI MI 48035-1536

### Our records indicate that you owe the U.S. Government $822.29

The Eagan MAS1, US Postal Service ASC, referred your unpaid debt to the U.S. Department of the Treasury, Bureau of the Fiscal Service, for immediate collection. You must immediately pay your debt to stop collection action and prevent the addition of more interest, penalties and administrative costs.

Treasury Case Number: L44157294
Agency Debt Number: 1-14773938

**How Do I Pay My Debt?**
Pay Online: Visit www.pay.gov/paygov/paymydebt and follow the instructions to pay via debit card, ACH payment, or PayPal. For other payment options including online banking, visit
https://fiscal.treasury.gov/cross-servicing/resources/make-a-payment.html.

Pay By Phone: Call (888) 826-3127 and provide our agent your debit card information. You may also discuss payment options with representatives at this number if you are unable to satisfy the debt immediately. Hearing impaired persons may use the Federal Relay Service by dialing (800) 877-8339 to reach a Communications Assistant.

Pay By Mail: Mail your payment and completed payment coupon to the address below. If you pay by check, include the Treasury Case Number L44157294 in the memo section of your check. When you provide a check as payment, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account or process your payment as a check transaction.

**What If I Do Not Pay My Debt?**
As allowed by federal law, we may withhold some or all monies from your tax refunds and other federal and state payments. We may garnish your wages, refer your unpaid debt to a collection agency and report your debt to the credit bureaus, which could hurt your credit score. You will find further information online at www.fiscal.treasury.gov/dms. If you wish to send us written correspondence other than payments, please address it to: U.S. Department of the Treasury, P.O. Box 830794, Birmingham, AL 35283-0794. **DO NOT send payments to this address.**

------------------------------------------------------------------------------------------------
DSBDL__003_ fdv1                    Detach Here       0000001280L44157294  DL__0012808060 108

PAYMENT COUPON
*Includes applicable interest, administrative costs and penalties.

Name of Debtor: VANESSA A JONES
Treasury Case Number: L44157294                              *Amount Due: $822.29

Send your payment to:
U.S. Department of the Treasury
P.O. Box 979101
St. Louis, MO 63197-9000

| METHOD OF PAYMENT |
| Pay online at www.pay.gov/paygov/paymydebt or select: |

☐ Check   ☐ Money Order     Amount Enclosed $_____

☐ Debit Card Account Number: _____
                         (We do not accept Credit Card)

Expiration Date: _____   Authorized Amount: _____

Authorized Signature: _____

979101 000L441572949 0000082229 6



| 01 | Effective Date | **Notification of Personnel Action** | 02 | Social Security Number |
|---|---|---|---|---|
| | 08-24-2020 | **UNITED STATES POSTAL SERVICE.** | | 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 |

**EMPLOYEE INFORMATION**     U. S. Postal Service

| No. | Field | Value | No. | Field | Value |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | JONES | 38 | Probation Expir Date | |
| 04 | Employee Name-First | VANESSA | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | ANN | 40 | Pay Location | 015 |
| 06 | Mailing Address Street/Box/Apts | 36952 FARMBROOK DRIVE | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | CLINTON TOWNSHIP | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 48035- | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 07-28-1961 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2320-0003 |
| 15 | Leave Comp Date | 09-13-1997 | 52 | Position title | SALES,SVCS/DISTRIBUTION ASS |
| 16 | Enter on Duty Date | 06-21-1997 | 53 | Labor Dist Code | 4500 |
| 17 | Retirement Comp Date | 09-13-1997 | 54 | Designation/Activity | 21/5 |
| 18 | Serv Anniversary PPYR | 20 1997 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 04-12-1992 | 57 | Allowance Code | U - UNIFORM ALLOWANCE |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 8.00 - HOURS/PP | 59 | Pay Rate Code | H |
| 24 | Leave Data-Chg PPYR | | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 06/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 30.28 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | LW - LEAVE WITHOUT PAY | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 25-2504 | 69 | Protected RSC | |
| 33 | Employ Office-Name | DET-FOX CREEK STA | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | MANAGER DET-FOX CREEK STA 12711 E JEFFERSON | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-2504 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | DET-FOX CREEK STA | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |

**NATURE OF PERSONNEL ACTION**

| 77 | Nature of Action Code | 460 | 78 | Authority | 39-USC Sect 1001 |
|---|---|---|---|---|---|
| 79 | Description | LWOP (EXCEEDING 30 CALENDAR DAYS) | | | |

| 80 | Code | | 81 | Code | | 82 | Code | | 83 | Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | Remarks | | | | | | | | | | |

PERSON ID:02730058 PERS ASSGN:02730058
EMPLOYEE PLACED IN REGULAR LWOP EFFECTIVE 8/24/20 PER TACS,  HRSSC REMEDY
INC# 18572196, MS, PPS, 5/13/21.____

| 85 | Authorization MANAGER, HUMAN RESOURCES    SHARED SERVICE CENTER | 86 | Processed Date | 05-13-2021 |
|---|---|---|---|---|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

| 01 | Effective Date 03-12-2021 | Notification of Personnel Action **UNITED STATES POSTAL SERVICE.** | 02 | Social Security Number 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 | |
|---|---|---|---|---|---|

**EMPLOYEE INFORMATION** — U. S. Postal Service

| 03 | Employee Name-Last | JONES | 38 | Probation Expir Date | |
|---|---|---|---|---|---|
| 04 | Employee Name-First | VANESSA | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | ANN | 40 | Pay Location | 015 |
| 06 | Mailing Address Street/Box/Apts | 36952 FARMBROOK DRIVE | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | CLINTON TOWNSHIP | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 48035- | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 07-28-1961 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2320-0003 |
| 15 | Leave Comp Date | 09-13-1997 | 52 | Position title | SALES,SVCS/DISTRIBUTION ASS |
| 16 | Enter on Duty Date | 06-21-1997 | 53 | Labor Dist Code | 4500 |
| 17 | Retirement Comp Date | 09-13-1997 | 54 | Designation/Activity | 21/5 |
| 18 | Serv Anniversary PPYR | 20 1997 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 04-12-1992 | 57 | Allowance Code | U - UNIFORM ALLOWANCE |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 8.00 - HOURS/PP | 59 | Pay Rate Code | H |
| 24 | Leave Data-Chg PPYR | | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 06/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 30.87 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | LW - LEAVE WITHOUT PAY | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 25-2504 | 69 | Protected RSC | |
| 33 | Employ Office-Name | DET-FOX CREEK STA | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | MANAGER DET-FOX CREEK STA 12711 E JEFFERSON | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-2504 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | DET-FOX CREEK STA | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |
| | **NATURE OF PERSONNEL ACTION** | | | | |
| 77 | Nature of Action Code | 346 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | REMOVAL (FOR CONDITIONS ARISING AFTER ENTRANCE ON DUTY) | | | |
| 80 | Code | 522 | 81 | Code | 540 | 82 | Code | 504 | 83 | Code | 680 |
| 84 | Remarks | | | | |

PERSON ID:02730058 PERS ASSGN:02730058
LAST DAY IN PAY STATUS 8/21/2020.
ANY LEAVE DUE WILL BE PAID PER APPLICABLE ADMINISTRATIVE POLICIES.
SF 8, 2810, 2819, AND 2821 HAVE BEEN GIVEN TO THE EMPLOYEE.
SEPARATED FOR CONDUCT AND FAILURE TO DISCHARGE DUTIES. HRSSC BCD/PPS
5/17/2021.

| 85 | Authorization MANAGER, HUMAN RESOURCES     SHARED SERVICE CENTER | 86 | Processed Date | 05-17-2021 |
|---|---|---|---|---|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

| 01 | Effective Date | Notification of Personnel Action | | 02 | Social Security Number |
|----|----|----|----|----|----|
| | 08-31-2019 | **UNITED STATES POSTAL SERVICE.** | | | 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 |

| EMPLOYEE INFORMATION | | U. S. Postal Service | | | | |
|----|----|----|----|----|----|----|
| 03 | Employee Name-Last | JONES | 38 | Probation Expir Date | |
| 04 | Employee Name-First | VANESSA | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | ANN | 40 | Pay Location | 015 |
| 06 | Mailing Address Street/Box/Apts | 1750 SOUTH BASSETT | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | DETROIT | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 48217- | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 07-28-1961 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2320-0003 |
| 15 | Leave Comp Date | 09-13-1997 | 52 | Position title | SALES,SVCS/DISTRIBUTION ASS |
| 16 | Enter on Duty Date | 06-21-1997 | 53 | Labor Dist Code | 4500 |
| 17 | Retirement Comp Date | 09-13-1997 | 54 | Designation/Activity | 21/5 |
| 18 | Serv Anniversary PPYR | 20 1997 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 04-12-1992 | 57 | Allowance Code | U - UNIFORM ALLOWANCE |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | SALARY INFORMATION | | |
| 23 | Leave Data Category | 8.00 - HOURS/PP | 59 | Pay Rate Code | H |
| 24 | Leave Date-Chg PPYR | | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 06/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 29.88 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| POSITION INFORMATION | | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 25-2504 | 69 | Protected RSC | |
| 33 | Employ Office-Name | DET-FOX CREEK STA | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | MANAGER DET-FOX CREEK STA 12711 E JEFFERSON | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-2504 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | DET-FOX CREEK STA | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |
| NATURE OF PERSONNEL ACTION | | | | | |
| 77 | Nature of Action Code | 998 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | CRAFT COLA INCREASE | | | |
| 80 | Code | | 81 | Code | | 82 | Code | | 83 | Code | |
| 84 | Remarks | | | | |

PERSON ID:02730058 PERS ASSGN:02730058

| 85 | Authorization MANAGER, HUMAN RESOURCES    SHARED SERVICE CENTER | 86 | Processed Date | 08-15-2020 |
|----|----|----|----|----|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

| 01 | Effective Date | Notification of Personnel Action | 02 | Social Security Number |
|----|----------------|----------------------------------|----|------------------------|
| | 08-29-2020 | **UNITED STATES POSTAL SERVICE.** | | 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 |

**EMPLOYEE INFORMATION** — U. S. Postal Service

| | | | | | |
|----|----------------------|------------------------|----|------------------------|------------------------|
| 03 | Employee Name-Last | JONES | 38 | Probation Expir Date | |
| 04 | Employee Name-First | VANESSA | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | ANN | 40 | Pay Location | 015 |
| 06 | Mailing Address Street/Box/Apts | 36952 FARMBROOK DRIVE | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | CLINTON TOWNSHIP | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 48035- | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 07-28-1961 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2320-0003 |
| 15 | Leave Comp Date | 09-13-1997 | 52 | Position title | SALES,SVCS/DISTRIBUTION ASS |
| 16 | Enter on Duty Date | 06-21-1997 | 53 | Labor Dist Code | 4500 |
| 17 | Retirement Comp Date | 09-13-1997 | 54 | Designation/Activity | 21/5 |
| 18 | Serv Anniversary PPYR | 20 1997 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 04-12-1992 | 57 | Allowance Code | U - UNIFORM ALLOWANCE |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 8.00 - HOURS/PP | 59 | Pay Rate Code | H |
| 24 | Leave Data-Chg PPYR | | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 06/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 30.38 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | LW - LEAVE WITHOUT PAY | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 25-2504 | 69 | Protected RSC | |
| 33 | Employ Office-Name | DET-FOX CREEK STA | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | MANAGER DET-FOX CREEK STA 12711 E JEFFERSON | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-2504 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | DET-FOX CREEK STA | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |

**NATURE OF PERSONNEL ACTION**

| | | | | | |
|----|----------------------|------------------------|----|---------|----------------------|
| 77 | Nature of Action Code | 998 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | CRAFT COLA INCREASE | | | |
| 80 | Code | | 81 | Code | | 82 | Code | | 83 | Code | |
| 84 | Remarks | | | | |

PERSON ID:02730058 PERS ASSGN:02730058

| 85 | Authorization MANAGER, HUMAN RESOURCES     SHARED SERVICE CENTER | 86 | Processed Date | 08-29-2020 |
|----|------------------------------------------------------------------|----|------------------|------------|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

| 01 | Effective Date | Notification of Personnel Action | | 02 | Social Security Number |
|---|---|---|---|---|---|
| | 03-02-2019 | **UNITED STATES POSTAL SERVICE**® | | | 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 |

**EMPLOYEE INFORMATION**  U. S. Postal Service

| | | | | | |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | JONES | 38 | Probation Expir Date | |
| 04 | Employee Name-First | VANESSA | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | ANN | 40 | Pay Location | 001 |
| 06 | Mailing Address Street/Box/Apts | 1750 SOUTH BASSETT | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | DETROIT | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 48217- | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 07-28-1961 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity-Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2320-0003 |
| 15 | Leave Comp Date | 09-13-1997 | 52 | Position title | SALES,SVCS/DISTRIBUTION ASS |
| 16 | Enter on Duty Date | 06-21-1997 | 53 | Labor Dist Code | 4500 |
| 17 | Retirement Comp Date | 09-13-1997 | 54 | Designation/Activity | 21/5 |
| 18 | Serv Anniversary PPYR | 20 1997 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 04-12-1992 | 57 | Allowance Code | U - UNIFORM ALLOWANCE |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | **SALARY INFORMATION** | | |
| 23 | Leave Data Category | 8.00 - HOURS/PP | 59 | Pay Rate Code | H |
| 24 | Leave Data-Chg PPYR | | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 06/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 29.58 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| **POSITION INFORMATION** | | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 25-2504 | 69 | Protected RSC | |
| 33 | Employ Office-Name | DET-FOX CREEK STA | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | MANAGER DET-FOX CREEK STA 12711 E JEFFERSON | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-2504 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | DET-FOX CREEK STA | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |
| **NATURE OF PERSONNEL ACTION** | | | | | |
| 77 | Nature of Action Code | 925 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | REASSIGNMENT (CAO) | | | |
| 80 | Code | 587 | 81 | Code | | 82 | Code | | 83 | Code | |

| 84 | Remarks |
|---|---|

PERSON ID:02730058 PERS ASSGN:02730058
REASSIGNMENT TO THE SAME GRADE WITHIN THE SAME BARGAINING UNIT SALARY SCHEDULE
SUCCESSFUL BIDDER EFF 03/02/19 FOR POSITION 70931349/POSTING 189251. HRSSC,
MCS, 02/19/19.____
MCS, 02/19/19.____

| 85 | Authorization MANAGER, HUMAN RESOURCES      SHARED SERVICE CENTER | 86 | Processed Date | 02-19-2019 |
|---|---|---|---|---|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

**UNITED STATES BANKRUPTC COURT**
**EASTERN DISTRICT MICHIGAN**
**SOUTHERN DIVISION**

IN THE MATTER OF:


Vanessa Ann Jones, Debtor.                         Chapter 13
                                                   Case No. 19-51022 sjs
_____/                 Judge Successor to Judge Shefferly

**ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13**

This matter having come before the Court pursuant to the Motion of Debtor, through counsel, and the Court being otherwise fully advised in the premises;


IT IS HEREBY ORDERED that this Chapter 13 case is dismissed.

IT IS FURTHER ORDERED that the Debtor's Counsel shall immediately provide notice of entry of this Order to all creditors, Debtor and the Trustee;

IT IS FURTHER ORDERED that Krispen S. Carroll, is discharged as Trustee and the Trustee and her surety is released from all liability with respect to the within proceedings.




EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT MICHIGAN

IN THE MATTER OF:

Vanessa Ann Jones
                    Debtor.

                                              Chapter 13
                                              Case No. 19-51022-sjs
_____/o                   Judge Successor to Judge Shefferly


## CERTIFICATE OF SERVICE

BOBBY J. FRIERSON, being first duly sworn, deposes and states:

I hereby certify that a copy of Debtor's Motion,  NoticeTo Dismiss Chapter 13 Case, Order, (proposed),  were served upon all creditors in the matrix, by ECF or by placing same in the U.S. Mail, postage prepaid on the date below.


                                    /s/ BOBBY J. FRIERSON
                                      Bobby J. Frierson P36099
                                      645 Griswold Suite 1300
                                      Detroit, MI 48226
                                      313-393-3700
                                      Friersonlaw@aol.com


Date: 03/15/2021

# UNITED STATES BANKRUPTC COURT
# EASTERN DISTRICT MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

Vanessa Ann Jones, Debtor.                    Chapter 13
                                              Case No. 19-51022
_____/                             Judge:  SJS

## ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13

This matter having come before the Court pursuant to the Motion of Debtor, through counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this Chapter 13 case is dismissed.

IT IS FURTHER ORDERED that the Debtor's Counsel shall immediately provide notice of entry of this Order to all creditors, Debtor and the Trustee;

IT IS FURTHER ORDERED that Krispen  S. Carroll, is discharged as Trustee and the Trustee and her surety is released from all liability with respect to the within proceedings.

**Signed on March 16, 2021**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**

Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **19−51022−sjs**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Vanessa Ann Jones
    36952 Farmbrook Dr.
    Clinton Twp., MI 48035

Social Security No.:
    xxx−xx−7185

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order For Voluntary Dismissal Of Chapter 13 Upon Motion Of Debtor As To Debtor, Vanessa Ann Jones (Related Doc # 57)** was entered on **3/16/21** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 3/16/21

                         BY THE COURT

                         Todd M. Stickle , Clerk of Court
                         UNITED STATES BANKRUPTCY COURT

1/23/23, 4:10 PM                                    CM/ECF - LIVE DATABASE

**NODISCH, CASECHECKED, PRVDISCH, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
### Eastern District of Michigan (Detroit)
### Bankruptcy Petition #: 19-51022-lsg

|  |  |
|---|---|
| | *Date filed:* 07/30/2019 |
| | *Date terminated:* 08/03/2021 |
| *Assigned to:* Judge Lisa S. Gretchko | *Debtor dismissed:* 03/16/2021 |
| Chapter 13 | *Plan confirmed:* 02/15/2020 |
| Voluntary | *341 meeting:* 09/06/2019 |
| Asset | *Deadline for filing claims:* 10/08/2019 |

*Debtor disposition:*  Dismissed for Other Reason

| | |
|---|---|
| ***Debtor*** | represented by **Bobby J. Frierson** |
| **Vanessa Ann Jones** | 645 Griswold St. |
| 36952 Farmbrook Dr. | Suite 1300 |
| Clinton Twp., MI 48035 | Detroit, MI 48226 |
| WAYNE-MI | 313-393-3700 |
| SSN / ITIN: xxx-xx-7185 | Email: friersonlaw@aol.com |
| | |
| | **Stephen A. Thomas** |
| | 19120 Grand River Ave. |
| | Detroit, MI 48223 |
| | (313) 965-2265 |
| | Email: sthomas@313965bank.com |

***Trustee***
**Krispen S. Carroll**
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035

| Filing Date | # | Docket Text |
|---|---|---|
| 08/03/2021 | | Final Decree: The bankruptcy estate has been fully administered. The bankruptcy court has decreed that Trustee Krispen S. Carroll is discharged as trustee of the estate and the bond is cancelled and the chapter 13 case is closed. (ADI) (Entered: 08/03/2021) |
| 06/30/2021 | 63 (3 pgs) | Certificate of Service *Final Report and Account.* (Carroll, Krispen) (Entered: 06/30/2021) |
| 06/30/2021 | 62 (3 pgs) | Chapter 13 Trustee's Final Report and Account. Objection to Chapter 13 Trustee Final Report due by 08/2/2021. (Carroll, Krispen) (Entered: 06/30/2021) |
| 04/15/2021 | 61 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s)60) No. of Notices: 13. Notice Date 04/15/2021. (Admin.) (Entered: 04/16/2021) |

| | | |
|---|---|---|
| 04/13/2021 | | Minute Entry. Case Voluntarily Dismissed. (RE: related document(s) 48 Mot. Dismiss Case/Response Notice w/Cert. of Serv.(14day) (batch)) (London, Cheryl) (Entered: 04/14/2021) |
| 04/12/2021 | 60<br>(1 pg) | ORDER OF THE COURT FOR REASSIGNMENT OF JUDGE: On April 12, 2021, the Bankruptcy Court entered Administrative Order 21-04 regarding dockets designated "Successor to Judge Shefferly". Pursuant to Administrative Order 21-04, the Clerk of Court has been directed to reassign to Judge Lisa S. Gretchko pending Chapter 13 cases designated "Successor to Judge Shefferly".<br><br>**IT IS HEREBY ORDERED** that the above entitled case be removed from the docket designated "Successor to Judge Shefferly" and reassigned to the docket of Judge Lisa S. Gretchko. (ADI: admin)<br><br>*This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.*<br><br>(Entered: 04/12/2021) |
| 03/18/2021 | 59<br>(3 pgs) | Notice of Dismissal with BNC Certificate of Mailing. (RE: related document(s)58 Order on Motion to Voluntary Dismiss Case) No. of Notices: 9. Notice Date 03/18/2021. (Admin.) (Entered: 03/19/2021) |
| 03/16/2021 | 58<br>(2 pgs; 2 docs) | Order For Voluntary Dismissal Of Chapter 13 Upon Motion Of Debtor As To **Debtor, Vanessa Ann Jones** (Related Doc # 57). (kcm) (Entered: 03/16/2021) |
| 03/16/2021 | | Minute Entry. Hearing Adjourned. (RE: related document(s) 48 Mot. Dismiss Case/Response Notice w/Cert. of Serv.(14day) (batch)) Hearing scheduled 04/13/2021 at 09:00 AM at Courtroom 1975, 211 W. Fort St.. (London, Cheryl) (Entered: 03/16/2021) |
| 03/15/2021 | 57<br>(3 pgs) | Motion of Voluntary Dismissal of Bankruptcy Case Filed by Debtor Vanessa Ann Jones (Frierson, Bobby) (Entered: 03/15/2021) |
| 03/15/2021 | 56<br>(1 pg) | Notice of Withdrawal Filed by Debtor Vanessa Ann Jones (RE: related document(s)55 Motion of Voluntary Dismissal of Bankruptcy Case ). (Frierson, Bobby) (Entered: 03/15/2021) |
| 03/12/2021 | 55<br>(4 pgs) | Motion of Voluntary Dismissal of Bankruptcy Case Filed by Debtor Vanessa Ann Jones (Frierson, Bobby) THIS PLEADING HAS BEEN WITHDRAWN PER PLEADING NUMBER 56 DATED 3/15/2021. Modified on 3/15/2021 (Lewis, C). (Entered: 03/12/2021) |
| 03/10/2021 | | Modified Address of Debtor re: 54 (admin) (Entered: 03/10/2021) |
| 03/09/2021 | 54<br>(1 pg) | Notice of Debtor(s) Address Change Debtor Vanessa Ann Jones. (Frierson, Bobby) (Entered: 03/09/2021) |
| 02/13/2021 | 53<br>(2 pgs) | BNC Certificate of Mailing - Notice of Hearing (RE: related document(s)52 Notice of Hearing (BK)) No. of Notices: 1. Notice Date 02/13/2021. (Admin.) (Entered: 02/14/2021) |

National EEO Investigative Services Office


**UNITED STATES POSTAL SERVICE**

**October 06, 2020**

DISTRICT DIRECTOR
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
DETROIT DISTRICT OFFICE
477 MICHIGAN AVE #865
DETROIT MI 48226-9704

Complainant : **VANESSA A JONES**
Agency Case No. : **4J-481-0180-20**
USPS District : **Detroit District**
EEOC No. : **471-2021-00002X**

**Premature Notice of Receipt of Hearing Request - Case is at the Investigation Stage - Formal Filed on September 08, 2020 - Accepted for investigation on September 21, 2020. **

The above-referenced case file is being forwarded per the attached Order.  The Administrative Judge assigned to handle this case is asked to contact the following Managing Counsel of the Postal Service Law Department to ascertain who will represent the Postal Service at the hearing.

> **Christopher W. Zadina**
> **Managing Counsel**
> **USPS Law Department**
> **433 W. Harrison St., 7th Floor**
> **Chicago, IL 60699-7000**
> **Tel: (312) 669-5900**
> **Fax: (312) 669-5981**
> **Email: EEOCGREATLAKESLAW@usps.gov**

The Postal Service representative will also coordinate arrangements for the meeting room and court reporter when the Administrative Judge is prepared to schedule a pre-hearing or hearing.

At the completion of the hearing, the Administrative Judge's decision should be sent to the following office:

> **NEEOISO**
> **PO BOX 21979**
> **TAMPA, FL 33622-1979**

Sincerely,

Marissa Haley

Manager, EEO Services
Enclosures
cc: Managing Counsel,Great Lakes / Chicago Law Department

PO Box 21979
Tampa, FL 33622-1979
Tel: (813) 739-2042
Fax: (813) 739-2098

**UNITED STATES**
**POSTAL SERVICE ®**

**JUDICIAL OFFICER**

2101 WILSON BOULEVARD, SUITE 600
ARLINGTON VA 22201-3078
703-812-1900 FAX: 703-812-1901

In the Matter of the Administrative Offset Petition

|  |  |  |
|---|---|---|
| VANESSA JONES, | ) | December 1, 2022 |
|     Petitioner, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
|     Respondent. | ) | P.S. Docket No. AO 21-327 |

APPEARANCE FOR PETITIONER:  Vanessa Jones

APPEARANCE FOR RESPONDENT:  Sherri Graves
Labor Relations Specialist

## INITIAL DECISION

The Postal Service seeks to collect two debts from Ms. Jones. The first is for 88 hours of overdrawn annual leave when Ms. Jones separated from the Postal Service in March 2021. The second is for health insurance premiums the Postal Service paid on behalf of Ms. Jones from August 2020 until March 2021 while she was in a Leave Without Pay status.

## FINDINGS OF FACT

1.      Ms. Jones worked at the Postal Service and was in an active pay status until August 21, 2020. She was then in a Leave Without Pay (LWOP) status until March 12, 2021, when her employment was terminated at the end of Pay Period 3.

2

(Attachment to Answer at 9). Ms. Jones's hourly salary was $30.67 per hour as of the date she was terminated (Resp. Exh. 1 at 51[1]).

2.      At the end of 2019, Ms. Jones had an annual leave balance of negative 56 hours (Tr. 1 at 19; Attachment to Answer at 11). By Pay Period 18 in 2020, after accounting for leave she had earned and used, Ms. Jones had a negative 88-hour annual leave balance (Tr. 1 at 18–26; Attachment to Answer at 42). She was then in an LWOP status for the rest of the year, leaving her with that same negative annual leave balance at the end of 2020 (Tr. 28–29; Attachment to Answer at 49) and in March 2021 when she separated from the Postal Service (Resp. Exh. 1 at 51).

3.      In May 2021, the Postal Service issued Ms. Jones a *Notice of Debt Determination* notifying her of a debt based on the negative annual leave balance. The *Notice* also advised Ms. Jones of her right to challenge the debt under 39 C.F.R. Part 966 (Attachment to Answer at 9). This was followed by an invoice dated June 25, 2021, setting the amount of the debt at $2,640.15 (Attachment to Answer at 8).[2]

4.      As noted, Ms. Jones was in an LWOP status as of August 21, 2020, but the Postal Service did not give her a PS Form 3111 until May 2021, well after her employment was terminated. That form would have provided Ms. Jones with the option of ending her health insurance that was being provided by the Postal Service. (Resp. Exh. 1 at 64; Tr. 2 at 21–22).

---

[1] The page number references correspond to the hand-written page numbers on the documents.

[2] Eighty-eight hours at $30.67 per hour equals $2,698.96. The Postal Service did not explain this minor discrepancy, but because the Postal Service is seeking a lesser amount, the difference is relevant only because the Postal Service may only collect the lesser amount of $2,640.15 as set out in the invoice for this debt.

5.      The Postal Service issued Ms. Jones three invoices between November 2020 and February 2021 asserting its right to collect the employee portion of her health insurance premiums while she was on LWOP between August 2020 and March 2021. The total sought by the three invoices is $2,004.03. (Attachment to Answer at 3–5). Then, in April 2021, the Postal Service issued Ms. Jones a *Notice of Debt Determination* advising of her right to challenge that debt under 39 C.F.R. Part 966 (Attachment to Answer at 6).

## PROCEDURAL HISTORY

Ms. Jones filed a petition with the Judicial Officer Department in July 2021. The petition was mistakenly docketed as DCA 21-327 under 39 C.F.R. Part 965. Because the petition should have been docketed under 39 C.F.R. Part 966, it is now being re-docketed as AO 21-327. The petition was filed before Ms. Jones filed for further review by the Accounting Service Center, as contemplated by the *Notice of Debt Determination* and 39 C.F.R. § 966.4(a). But because both parties proceeded with a hearing, I find that they have waived any further review by the Accounting Service Center. And this procedural history does not affect the merits of the case. The only substantive result of the re-docketing is that Ms. Jones will be given the right to appeal this decision under 39 C.F.R. § 966.11.

## DECISION

**Negative Annual Leave Balance**

A separating employee's negative annual leave balance equates to a salary overpayment, entitling the Postal Service to recover the monetary value of the unearned annual leave under the Debt Collection Act. *Employee and Labor Relations Manual*

4

(ELM) § 512.72. To recover, the Postal Service must prove it made the salary overpayments, the amount of the overpayments, and that the employee was not entitled to them. *Amerson v. United States Postal Service*, AWG 21-319, 2022 WL 622379 (February 1, 2022); *Reneau v. United States Postal Service*, AO 15-211, 2016 WL 10572230 (August 2, 2016).

Here, the Postal Service has proved that Ms. Jones had a negative 88-hour annual leave balance in March 2020 when she separated from the Postal Service. The Postal Service now seeks to collect $2,640.15 for those hours. Ms. Jones has not presented a valid defense to this debt. She has not challenged either the number of hours or the value of those hours. She has therefore failed to prove that there is any reason to alleviate or otherwise offset the debt.

Accordingly, this part of the petition is denied.

**Health Insurance Premiums**

When an employee goes into an LWOP status, the Postal Service's internal regulations presume that the employee wants the Postal Service to continue paying for the employee's health insurance (Tr. 37–38; ELM § 525.222e.). To confirm that presumption, as soon as the Postal Service determines the employee is in an LWOP status, it must provide the employee with a Form 3111, which allows the employee to decline health insurance by signing and returning the form. If, however, the employee does not return the form, the Postal Service will automatically continue the employee's enrollment in their then-current FEHB plan and will pay the employee's portion of the premiums. (Attachment to Answer at 60–62; ELM § 525.222e).

But the Postal Service did not send the Form 3111 to Ms. Jones in August 2020 when she went into an LWOP status. Rather, the Form 3111 was not sent until well after Ms. Jones's employment was terminated, thus depriving her of any meaningful opportunity to cancel her insurance while she was in a non-pay status. Therefore, the question to be decided in this petition is whether the failure to send the Form 3111 while Ms. Jones was in a non-pay status should alleviate her responsibility for her health insurance premiums during that time. Or put another way, what are the consequences to the Postal Service for violating its own regulation by failing to provide Ms. Jones with a Form 3111?

While the Postal Service's regulations require the Form 3111 be sent, they do not set out the consequences for failing to do so. But more importantly, the Postal Service's regulations do provide that an employee's health insurance will continue unless the employee elects otherwise. Thus, as a practical matter, the only consequence of failing to provide an employee with a Form 3111 is that the employee's health insurance continues. I therefore hold that without any specific consequence for failing to provide a Form 3111, an employee is not excused from paying for their health insurance while they are in a non-pay status. This conclusion is also supported by the fact that Ms. Jones had health insurance under her FEHB plan during her time in a non-pay status. She must therefore now pay for that benefit.[3]

---

[3] This decision does not, however, prohibit Ms. Jones from filing a Form 3111 even at this late date. And I take no position on the Postal Service's obligation to accept the Form 3111 and thereby retroactively cancel Ms. Jones's health insurance.

## **ORDER**

The petition is denied. The Postal Service may collect the debts underlying this

petition by administrative offset.

Alan R. Caramella
Administrative Judge

1   If more than one person speaks at the same time,

2   the record may not be clear.

3              This petition involves the Postal

4   Service's claim that Ms. Jones owes the Postal

5   Service several debts based on health benefits

6   and unearned annual leave.  Before the hearing,

7   we confirmed that the health benefits claims are

8   valued at $2,004.03, and the annual leave, based

9   on a negative 88 hours of annual leave, is valued

10  at $2,640.15.

11             Additionally, earlier in this

12  proceeding the Postal Service had been seeking to

13  collect two smaller debts based on cash credit

14  shortages, one at $59 and the other at $152.  I

15  believe that the Postal Service is now prepared

16  to state on the record that it is waiving those

17  two debts.

18             Is that correct, Ms. Graves?

19             MS. GRAVES: Yes.

20             JUDGE CARAMELLA: Very good.

21             Also, I will now ask that each of the

22  representatives for the parties to identify

## U. S. POSTAL SERVICE
### TERMINAL LEAVE WORKSHEET

| Name: JONES VANESSA A | EIN: 02730058 | Finance No: 25-2504 | | |
|---|---|---|---|---|
| Date of Separation: 3/12/2021 | Salary Rate: $30.87 | Des/Act: 21-5 | | |
| | | m/dd/yy | hours | |
| 1. Annual leave prior year balance from leave year ending | | 1/1/2021 | -88.00 | |
| 2. Current leave year accrual through pay period ending | | 3/12/2021 | 0.00 | |
| 3. Holiday Annual Leave Earned | | | 0.00 | |
| 4. Total Annual leave credit | | | | -88.00 |
| 5. Less annual leave used, current year through date of separation | | | 0.00 | |
| 6. Less annual leave over maximum of 520 | | Over Max | 0.00 | |
| 7. Less negative sick leave balance if applicable | | | 0.00 | |
| 8. Total annual and sick leave reduction | | | | 0.00 |
| 9. Annual leave balance (line 4 minus line 8) | | | | -88.00 |
| 10. Donated leave balance | | | | 0.00 |
| 11. Leave balance (add line 9 plus line 10) | | | | -88.00 |

| 12. Hours Added: | A. Plus for holiday(s) | 0.00 | |
|---|---|---|---|
| | B. Plus for free Saturdays | 0.00 | |
| | C. Plus X day or other | 0.00 | |
| | D. Total Addition | | 0.00 |

| 13. Terminal Leave Due | NO | | -88.00 |
|---|---|---|---|

| 14. Terminal Leave Period | Begins: | Ends: | Gross Payment | Date Paid |
|---|---|---|---|---|
| | | | | |

| 15. Sick leave prior year balance | 0.00 | 19. LWOP year to date hours | 480.00 |
|---|---|---|---|
| 16. Plus sick leave earned YTD | 0.00 | 20. Leave credit hours | 0.00 |
| 17. Less sick leave used YTD | 0.00 | | |
| 18. Sick leave balance | 0.00 | | |

**Remarks:**

Accounts Receivable established to collect for   **-88.00**   hours of overdrawn leave used but not earned prior to your separation. Billed at the appropriate rate that was in effect when the leave was used

**MAIL TO:**

HRSSC
Attn: eOPF
PO Box 970100
Greensboro, NC 27497-0100

| PREPARED BY: MIKE SHIN | APPROVED BY: | DATE: 5/18/2021 |
|---|---|---|

PS FORM12246
April 2013

In the Matter of the Debt Collection Act Petition

_____

Vanessa Jones,                          )
      Petitioner                    )
                       )         August 31, 2021
      v.                            )
                       )         P.S. Docket No. DCA 21-327
UNITED STATES POSTAL SERVICE,           )
      Respondent                   )

_____

## RESPONDENT'S ANSWER TO PETITION

Pursuant to 39 C.F.R. Section 961.7, the Respondent United States Postal Service ("Postal Service") files this answer to the petition for hearing docketed on July 26, 2021, in this matter.

Petitioner did not provide any invoice amounts or what exactly is being challenged.  Currently, the petitioner has a total of (6) invoices (file exhibit) for a total of $4,855.48, for various reasons.

### Respondent's Proposed List of Witnesses

NONE

### Respondent's Exhibits

Listed below are the exhibits attached to this answer.  The exhibits are copies of all records and documents currently available to support the Postal Service's claim, supplementing the documents already submitted by petitioner.  As the respondents become aware of other such records and documents, it will supply them as soon as possible in advance of the hearing.

Exhibits (4)          Invoices, Form 50, 2020 calendar, payroll journals

Sherri L Graves
Designated Agency Representative

# GARNISHMENT DISCLOSURE

| Name of Court | Court for City/County of: | Case Number |
|---|---|---|
| 36TH DISTRICT COURT CLERK | WAYNE | 18179859 |

| Plaintiff/Trustee | vs | the Michigan Department of Treasury, garnishee defendant, and Name of Principal Defendant |
|---|---|---|
| RELIABLE AUTO FINANCE INC | | |
| Plaintiff's Attorney | | JONES VANESSA |

JONES VANESSA A
20027 MANOR ST
DETROIT MI 48221

**Supplementary Disclosure**

According to our records, at the time the writ of garnishment was served, the State of Michigan was indebted to the principal defendant from an over payment of taxes, credits or lottery winnings.

| Department of Treasury Authorized Representative | Disclosure date |
|---|---|
| LISA BORDINARO | 05/29/2024 |

## PAYMENT INFORMATION

| Date Received | |
|---|---|
| 11/01/2023 | |
| Social Security or FE Number | |
| XXX-XX-7185 | |
| Amount of Garnishment (may include court costs and interest) | |
| 5240.14 | |
| Garnishment Fee | |
| 5.00 | |

1. Total garnishment amount including court costs ............................. 1. _____ 5240.14
2. **Amount payable to** _____ PLAINTIFF ............................. 2. _____ 79.00
   **The payment will be sent to the payee indicated above in 28 days from the date on this disclosure.** If a garnishment release, satisfaction of judgment, or bankruptcy notice (validated by the court) is received in our office within the 28 days, we will issue a refund to the principal defendant or bankruptcy trustee if there are no other debts to be paid.

TAXPAYER