UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VANESSA ANN JONES, | Case No. 23-10158 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| U.S. POSTAL SERVICE, *et al.*, | Hon. David R. Grand |
| Defendant. | U.S. Magistrate Judge |
| _____ / | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED**.

**SO ORDERED**.

Date: June 27, 2025                    s/ F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge

1