UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VANESSA ANN JONES,

      Plaintiff,

v.

U.S. POSTAL SERVICE, *et al.*,

      Defendant.

_____ /

Case No. 23-10158

Hon. F. Kay Behm
United States District Judge

Hon. David R. Grand
U.S. Magistrate Judge

## <u>ORDER DENYING POST-JUDGMENT MOTIONS</u>

A final judgment in this matter was entered on June 27, 2025, dismissing Plaintiff's claims.  ECF No. 82.  Plaintiff appealed, but the Sixth Circuit affirmed that judgment.  ECF No. 88.  Before the court are a number of post-judgment, post-appeal motions by Plaintiff Vanessa Ann Jones (ECF Nos. 94, 95, 96, 97), that appear to seek forms of post-judgment relief.  No responses were filed.  Each of the motions are denied because (1) they fail to clearly put forward any reason justifying relief from the final judgment entered in this matter (*see* Fed. R. Civ. P. 60(b)), and (2) the merits of her claims are squarely controlled by her unsuccessful appeal, which affirmed the judgment (ECF No. 87).  Given the lack of clarity in Plaintiff's filings, and their apparent attempt to

1

relitigate issues decided in this case and on appeal, the court will not consider new entries on this docket unless (1) a higher court reopens this case, or (2) Plaintiff clearly titles her motion as one made under Rule 60(b)(4), (5), or (6), clearly identifies the grounds on which she makes that motion, <u>and</u> identifies why that ground is not controlled by the Sixth Circuit's judgment in this case.  The court may summarily strike or deny filings that do not comply with this Order.

**SO ORDERED**.

Date: July 23, 2026                     <u>s/F. Kay Behm</u>
                                        F. Kay Behm
                                        United States District Judge