UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VANESSA ANN JONES,

Plaintiff,

v.

U.S. POSTAL SERVICE, *et al.*,

Defendants.
______________________________/

Case No. 4:23-cv-10158

Hon. F. Kay Behm
United States District Judge

**ORDER DENYING PLAINTIFF'S POST-JUDGMENT MOTIONS (ECF Nos. 103, 104, 105)**

A final judgment in this matter was entered on June 27, 2025, dismissing Plaintiff's claims. ECF No. 82. Plaintiff appealed, and the Sixth Circuit affirmed that judgment. ECF No. 88. Since then, Plaintiff has filed a multitude of post-judgment motions, many of which are duplicative, and all of which have been denied. *See* ECF Nos. 94, 95, 96, 97, 99, 102. In a July 23, 2026 Order addressing her first three post-judgment motions, the Court instructed Plaintiff that it would "not consider new entries on this docket unless (1) a higher court reopens this case, or (2) Plaintiff clearly titles her motion as one made under Rule 60(b)(4), (5), or (6), clearly identifies the grounds on which she

makes that motion, and identifies why that ground is not controlled by the Sixth Circuit's judgment in this case." ECF No. 98, PageID.629. Plaintiff was also warned at that time that the Court "may summarily strike or deny filings that do not comply with this Order," and it has since done so, denying two additional motions for failure to comply and as untimely. *See August 3, 2026 text-only order*; *August 17, 2026 text-only order*.

Now before the Court are three additional post-judgment motions, all filed on the same day, and all of which will be denied for similar reasons. ECF Nos. 103, 104, 105. Plaintiff's first motion, titled "Plaintiff Want to File Motion Under FRCP 60(d)(3)" (ECF No. 103), is denied for failure to follow the Court's July 23, 2026 Order. Plaintiff's third motion, titled "Motion for Reconsideration" (ECF No. 105), is denied for failure to lay out a valid basis for reconsidering the July 23, 2026 Order, and as duplicative. *See* ECF No. 99, Motion for Reconsideration.

Plaintiff's second motion, titled "Motion to Reopen Case Pursuant to Federal Rule of Civil Procedure 60(b)," requests that the case be reopened pursuant to Fed. R. Civ. P. 60(b)(6). (ECF No. 104). In this

motion, Plaintiff says that "no termination papers were given, no termination papers in writing from USPS nor from APWU (Fraud Inducement)" and "The Misrepresentation. Agency and USPS representatives explicitly stated that Plaintiff EEOC case and my Arbitration case could not legally proceed at the same time." *Id.*, PageID.656-657. Although Plaintiff has titled this as a motion as one under Fed. R. Civ. P. 60(b)(6), presumably to attempt compliance with the Court's order, her motion alleges fraud and misrepresentation, which squarely falls under Fed. R. Civ. P. 60(b)(3). A motion under Rule 60(b)(3) is both noncompliant and untimely, as has already been explained to Plaintiff. *See August 17, 2026 text-only order.*

As such, Plaintiff's motions (ECF Nos. 103, 104, 105) are **DENIED**. **Plaintiff is warned that any further duplicative or noncompliant filings will be stricken from the record.**

**SO ORDERED.**

Date: August 31, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge